# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149773

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

KENYARTA JEREMY GETER,
          Defendant-Appellant.

SC: 149773
COA: 315987
Ingham CC: 12-000551-FC

_____/

On order of the Court, the application for leave to appeal the June 17, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk

s0318